IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-53-BO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN THOMAS BYRD )<br>Defendant. ) | **ORDER** |

This matter is before the Court on the parties' joint status report and joint motion to continue stay of proceedings. [DE 18]. For the reasons set forth in the parties' filing, this action is further stayed until May 5, 2013.

SO ORDERED.
This the 1?_ day of March, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE